Lee Vernon WARREN,
Movant-Appellant,

v.

STATE of Missouri,
Respondent-Respondent.

No. 46816.

Missouri Court of Appeals,
Eastern District,
Division Two.

Sept. 16, 1986.

Motion for Rehearing and/or
Transfer to Supreme Court
Denied Oct. 16, 1986.

Application to Transfer Denied
Dec. 16, 1986.

Lee Vernon Warren, pro se.

Timothy W. Anderson, Kristie Lynne Green, Asst. Attys. Gen., Jefferson City, for respondent-respondent.

ORDER

Movant appeals from the summary dismissal of his Rule 27.26 motion. We affirm. An extended opinion would serve no jurisprudential purpose. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).